1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12   Gustavo McKenzie,

13          Plaintiff,                  No. Civ. S 05-2577 LKK PAN P

14      vs.                             Order

15   Jeanne Woodford, et al.,

16          Defendants.

17                              -oOo-

18       Plaintiff, a state prisoner without counsel, has filed a

19   civil rights action pursuant to 42 U.S.C. § 1983 and requests

20   leave to proceed in forma pauperis.

21       Plaintiff alleges a violation of his civil rights in

22   Corcoran, California.  Corcoran is in the Fresno Division of this

23   court and the action should have been commenced there.  See Local

24   Rule 3-120(b).  The court has not yet ruled on plaintiff's

25   request to proceed in forma pauperis.

26       Accordingly, the court hereby orders that:

1        1.   This action is transferred to the Fresno Division.

2        2.   The clerk of court shall assign a new case number.

3        3.   All future filings shall reference the new case number

4    and shall be filed at:

5                        United States District Court
                         Eastern District of California
6                        1130 "O" Street
                         Fresno, CA 93721

7

8        Dated:   January 19, 2006.

9                                      /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
10                                     Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26